OPINION — AG — THE COURT CLERK OF GREER COUNTY IS THE CLERK FOR A COURT OF RECORD, WHICH HAS A SEAL, A CLERK, AND THE REQUIRE JURISDICTION. SEE 19 O.S. 1961 221 [19-221], CONSTITUTION SCHEDULE, 22 THE OKLAHOMA CONSTITUTION, AND ARTICLE VII, SECTION 10. IT IS, THEREFORE, THE OPINION OF THE ATTORNEY GENERAL THAT YOUR QUESTION MUST BE ANSWERED IN THE AFFIRMATIVE, I.E., THE COURT CLERK OF GREER COUNTY IS AUTHORIZED AND EMPOWERED TO TAKE PASSPORT APPLICATIONS. (JOSEPH MUSKRAT)